FILED

MAR 1 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>DEBRA BEECHIE, an individual, BRIAN BEECHIE, an individual, DANIELLE WEBSTER, an individual, PAUL CECCATO, an individual, BASHAM FUNERAL CARE, a business entity of unknown form and Does 1 through 10,<br><br>    defendants. | CASE NO.: 1:09-cv-01729-JLT-BAK<br><br>Hon. Jennifer L. Thurston<br><br>[*PROPOSED*] **AMENDED ORDER GRANTING STIPULATION FOR:**<br><br>**(1) DISTRIBUTION OF INTERPLEADED FUNDS;**<br><br>**(2) DISCHARGE AND DISMISSAL WITH PREJUDICE;**<br><br>**(3) AWARD OF ATTORNEYS' FEES AND COSTS TO PRIMERICA LIFE INSURANCE COMPANY IN THE AMOUNT OF $8,272.05; AND**<br><br>**(4) PERMANENT INJUNCTION**<br><br>[Filed concurrently with Stipulation of the Parties] |

Having considered the Stipulation of Plaintiff-in-Interpleader, Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company ("Primerica") ("Primerica"), and Defendants-in-Interpleader Debra Beechie, Paul Ceccato,

Page 1

Brian Beechie, Danielle Webster, and Basham Funeral Care, ("Defendants-in-Interpleader"), the Court orders as follows:

1. That Primerica and its agents are discharged of all liability with respect to the life insurance policy issued by Primerica to Bruce Beechie (the "Deceased") providing a death benefit of $200,000, policy number 0413161875 (the "Policy") and out of which the above-referenced interpleader action arises;

2. That Defendants-in-Interpleader and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or action of any kind whatsoever, against Primerica, and its agents, with respect to the Policy and/or the proceeds of the Policy;

3. That Primerica is dismissed from this action with prejudice as to all claims relating to the Policy benefits and the Policy issued to the Deceased insuring the life of the Deceased;

4. That Primerica will be awarded its reasonable attorneys' fees and costs in the amount of $8,272.05, which Primerica was forced to incur in bringing its interpleader action, and which amount is to be paid from Policy proceeds currently on deposit with this Court in the amount of $205,612.99 (death benefit plus interest);

5. That, pursuant to the settlement agreement reached among Debra Beechie, Paul Ceccato, Brian Beechie, and Danielle Webster, Danielle Webster will receive $20,000 of the Policy proceeds currently on deposit with the Court registry;

6. That, pursuant to the aforementioned settlement agreement, Brian Beechie will receive $20,000 of the Policy proceeds currently on deposit with the Court registry;

7. That, pursuant to the aforementioned settlement agreement, Paul Cecatto disclaims any and all right, title, claim or interest in the Policy at issue in this interpleader action and in the Policy proceeds currently on deposit with the Court;

8. That, pursuant to the aforementioned settlement agreement, Basham Funeral Care will receive $1,196.44 of the Policy proceeds currently on deposit with the Court registry;

9. That the remaining Policy proceeds currently on deposit with the Court registry in the amount of $156,144.50 will be paid by way of joint check to Debra Beechie and her attorneys, McCartney & Associates; and

10. That the payments from the Policy proceeds will be sent as follows:

Primerica Life Insurance Company
c/o Karen Denvir, Esq. with Barger & Wolen, LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071

Debra Beechie, and McCartney & Associates
N. Thomas McCartney
1601 F Street
Bakersfield CA 93301

Danielle Webster
2450 E Del Mar Blvd. #15
Pasadena CA 91107

Brian Beechie
P. O. Box 13651
Palm Desert CA 92255

Basham Family Funeral Services Incorporated
3312 Niles Street
Bakersfield CA 93306

IT IS SO ORDERED.

Dated: March 18, 2010

_____
United States District Judge